UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARILYN LEONES,<br><br>Defendant. | Case No. 4:11-cr-00298-BLW-7<br><br>MEMORANDUM DECISION AND ORDER |

## INTRODUCTION

Defendant Marilyn Leones has petitioned the Court for appointment of counsel to assist her in moving the Court for early termination of supervised release. Leones pled guilty to one count of possession with intent to distribute a controlled substance. (Dkt. 293). She was sentenced to imprisonment for a term of 25 months with three years of supervised release. (Dkt. 293). Leones did not appeal her sentence or conviction.

## APPLICABLE LAW AND DISCUSSION

The right to counsel "extends to the first appeal of right and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). However, the decision of whether to

appoint counsel is within the discretion of the district court but not constitutionally guaranteed. *See United States v. Harrington*, 410 F.3d 598, 599 (9th Cir. 2005).

Leones requests appointment of counsel based on her inability to pay an attorney to assist her in moving for early termination of her supervised release. However, Leones has not provided the Court with any substantive information regarding her financial status, nor does she have a constitutional right to an attorney in this proceeding. Leones was appointed CJA counsel on January 4, 2013 as her constitutional right to an attorney in her criminal proceedings because she was unable to afford counsel at that time. (Dkt. 209). But the right to counsel does not extend past the first appeal, and, as such, does not extend to the motion Leones seeks to make. Because she is not entitled to an attorney at this point to seek early termination of supervised release, the Court denies her motion for appointment of counsel.

## ORDER

**IT IS HEREBY ORDERED,** that Defendant's Motion for Appointment of Counsel (Dkt. 393) is **DENIED.**

DATED: September 19, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

MEMORANDUM DECISION AND ORDER - 2